UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN

| | |
|---|---|
| In re: Pierre R. Paul<br>　　　Debtor<br><br>Broker Solutions Inc. dba New American Funding,<br>　　　Movant,<br>v.<br><br>Pierre R. Paul,<br>　Respondent/Debtor,<br>and<br>William C. Miller, Trustee,<br>　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>20-14528/ELF |

**OBJECTION OF BROKER SOLUTIONS INC. DBA NEW AMERICAN FUNDING TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

　　Broker Solutions Inc. dba New American Funding, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

　　1.　　On or about November 23, 2020, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

　　2.　　Movant holds an allowed claim, secured only by Debtor's principal residence located at 7517 Mayland Street, Philadelphia, PA 19138.

　　3.　　Movant is in the process of filing its Proof of Claim citing arrears in the amount of $6,837.03, and a total claim in the amount of $156,860.57.

　　4.　　Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $7,000.00, but $6,000.00 to be paid to the Trustee through the Plan.

　　5.　　Therefore, the Plan is insufficiently funded to pay Movant its proposed arrearage claim or proposed total debt claim in full.

　　6.　　The Plan fails to comply with 11 U.S.C. § 1322.

　　7.　　The Plan fails to comply with 11 U.S.C. § 1325.

　　8.　　The Court must deny confirmation of Debtor's Chapter 13 Plan.

      WHEREFORE, Broker Solutions Inc. dba New American Funding respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

      Respectfully submitted,

Dated:  January 21, 2021

/s/ Kristen D. Little
BY:_____
Kristen D. Little, Esquire
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

LLG File #:20-065353

PA BAR ID #79992
klittle@logs.com
pabk@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN

| | |
|---|---|
| In re: Pierre R. Paul<br>    Debtor. | CHAPTER 13 |
| Broker Solutions Inc. dba New American Funding,<br>    Movant,<br>v.<br><br>Pierre R. Paul,<br>   Debtor/Respondent,<br>and<br>William C. Miller, Trustee,<br>   Additional Respondent. | BANKRUPTCY CASE NUMBER<br>20-14528/ELF |

## **CERTIFICATE OF SERVICE**

     I, Kristen D. Little, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Broker Solutions Inc. dba New American Funding's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on January 22, 2021:

Pierre R. Paul
93 Old York Road
Suite 1-754
Philadelphia, PA 19046

Brad J. Sadek, Esquire
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
Sent via electronic notification brad@sadeklaw.com

William C. Miller, Trustee
P.O. Box 1229
Phila, PA 19105
Sent via electronic notification ecfemails@ph13trustee.com

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

                                          /s/ Kristen D. Little
                                          Kristen D. Little
                                          LOGS Legal Group LLP
                                          3600 Horizon Drive, Suite 150
                                          King of Prussia, PA 19406

LLG File #:20-065353                    (610) 278-6800

Pierre R. Paul
93 Old York Road
Suite 1-754
Philadelphia, PA 19046