# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 20-14528 |
| **Pierre R Paul** | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| | : Related Document # |
| | : |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                                    Respectfully submitted,

                                                                    /s/ Adam B. Hall
                                                                    Adam B. Hall, Esquire (323867)
                                                                    Alyk L. Oflazian (312912)
                                                                    Manley Deas Kochalski LLC
                                                                    P.O. Box 165028
                                                                    Columbus, OH  43216-5028
                                                                    Telephone: 614-220-5611
                                                                    Fax: 614-627-8181
                                                                    Attorneys for Creditor
                                                                    Contact email is amps@manleydeas.com

23-008450_CLO

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-14528** |
| **Pierre R Paul** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | **Related Document #** |
| | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Pierre R Paul, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Pierre R Paul, 93 Old York Road, Suite 1-754, Philadelphia, PA  19046

Tamia J. Paul, 7517 Mayland Street, Philadelphia, PA  19138

/s/ Adam B. Hall

23-008450_CLO