# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| PIERRE R PAUL | : | |
| | : | Case No. 20-14528-MDC |
| Debtor. | : | |

## **O R D E R**

AND NOW, upon consideration of the Debtor's Motion to Approval Partial Claim, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Partial Claim is APPROVED.

FURTHER ORDERED

BY THE COURT:

Date: August 29th, 2023

_Magdeline D. Coleman_
HONORABLE MAGDELINE D COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE