**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Pierre R. Paul | : | Chapter 13 |
| | : | Case No.: 20-14528-MDC |
| Debtors | : | |

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

Pierre R. Paul (the "Debtor"), by and through their undersigned counsel, hereby move to modify their Chapter 13 Plan and in support thereof aver as follows:

1. The Debtor filed a Chapter 13 Bankruptcy on or about November 23, 2020 (the "Petition Date").

2. The Chapter 13 Plan was confirmed by this Honorable Court on or about March 16, 2021.

3. On February 26, 2024, MidFirst Bank (the "Mortgagee") approved the Debtor for a partial claim in the amount of $23,079.76 (the "Partial Claim"). See Exhibit "A."

4. The Partial Claim addresses any and all pre-petition and post-petition arrears incurred by the Debtor with respect to the Mortgagee's claim.

5. On February 28th, the Mortgagee filed a Motion for Relief with respect to the Real Property located at 7517 Mayland Street, Philadelphia, PA 19138

6. Accordingly, the Debtor is filing the instant Motion to Modify their Chapter 13 plan to cure the post-petition mortgage arrears.

7. The Debtor is concurrently filing this motion to approve the Partial Claim.

8. The Debtor has paid $7,545.00 to the Chapter 13 Trustee to date.

9. The Modified Chapter 13 Plan will provide for plan payments in the amount of $286.00 per month for 21 months for a new base amount of $13,551.00. See Exhibit "B."

WHEREFORE, Debtor, by the undersigned counsel, respectfully requests this Honorable Court to enter an Order Modifying the Chapter 13 Plan.

Dated: March 15, 2024                /s/Brad J. Sadek, Esq
                                                    Brad J. Sadek, Esq.
                                                   Attorney for Debtor(s)
                                                   Sadek Law Offices
                                                   2 Penn Center
                                                   1500 JFK Boulevard, Suite 220
                                                   Philadelphia, PA 19102
                                                   215-545-0008
                                                   brad@sadeklaw.com