**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
|    Pierre R. Paul | :    Chapter 13 |
| | :    Case No.: 20-14528-MDC |
|    Debtors | : |

**O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified. It is further

ORDERED that the Partial Claim with MidFirst Bank is APPROVED.

FURTHER ORDERED:

BY THE COURT:

Dated: April 12, 2024

*Magdeline D. Coleman*

HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE